UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE:

CAMERON DON DAY, II　　　　　　　　　　　　CHAPTER 7

DEBTOR　　　　　　　　　　　　CASE NO. 10-33313-WRS

MOTION OBJECTING TO DISCHARGE

Comes now Teresa R. Jacobs, bankruptcy administrator for this district, and objects to the discharge of the debtor herein and as grounds therefor would state:

1. This court has jurisdiction in this cause pursuant to 28 U.S.C. §1334.

2. This matter is a core proceeding under 28 U.S.C. §157(b)(2)(J).

3. The debtor herein filed a voluntary petition for relief under chapter 7 of title 11, U.S. Code on December 8, 2010.

4. On February 2, 2004, the debtor filed a petition for relief under chapter 7. Said petition was designated by the U.S. Bankruptcy Court for the Middle District of Alabama as case number 04-30285.

5. The debtor herein was granted a discharge of debts in said prior case by an order entered on May 21, 2004. (04-30285, doc. 6)

6. 11 U.S.C. §727 (a)(8) precludes the granting of a discharge to the debtor in the instant case as a result of the discharge under §727 in a case commenced within eight years of the instant proceeding. The prior case was filed on February 2, 2004 and the instant case was filed on December 8, 2010, within eight years.

7. Amendments to Fed. R. Bankr. Proc. 4004 which became effective December 1, 2010 permit dismissal by motion, rather than adversary proceeding, in connection with 11 U.S.C.

§727(a)(8).

      WHEREFORE, these premises considered, the Bankruptcy Administrator moves an order denying a discharge to the debtor of the debts listed within the petition pursuant to 11 U.S.C. §727(a)(8).

                                          */s/Teresa R. Jacobs*
United States Bankruptcy Administrator
ASB5548-S77T

U. S. Bankruptcy Administrator
One Church Street
Montgomery, AL 36104
(334)954-3900
Teresa_Jacobs@almb.uscourts.gov