UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                          Case No. 10-33313-WRS
                                                  Chapter 7
CAMERON DON DAY,

       Debtor

### ORDER GRANTING MOTION OBJECTING TO DISCHARGE

For the reasons set forth on the record on January 11, 2011, on the Bankruptcy Administrator's motion objecting to discharge (Doc. 6), it is

ORDERED that the motion is GRANTED.

Done this 14th day of January, 2011.

                                                          /s/ William R. Sawyer
                                                          United States Bankruptcy Judge

c: Don B. Little, Attorney for Debtor
   Susan S. DePaola, Trustee
   Teresa R. Jacobs, Bankruptcy Administrator